IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETS

| | |
|---|---|
| YOUNG KOH JAE, § | |
| § | |
| Plaintiff, § | Civil Action No. 1:16-cv-11534-FDS |
| § | |
| v. § | |
| § | |
| ABC FINANCIAL SERVICES, INC., § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: August 30, 2017

By: /s/ Craig T. Kimmel
Craig T. Kimmel, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
kimmel@creditlaw.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

       I, Craig T. Kimmel, Esquire, do certify that I served a true and correct copy of the

Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Matt Finch
National Counsel for ABC Financial
Gill, Elrod, Ragon, Owen & Sherman, P.A.
425 W. Capitol Avenue, Suite 3801
Little Rock AK 72201
Phone: (501) 376-3800
Fax: (501) 372-3359
Email: Finch@gill-law.com

Sanford Remz, Esq.
Yurko, Salvesen & Remz, P.C.
1 Washington Mall # 11TH Floor
Boston MA 02108
Phone: (617) 723-6900
Fax: (617) 723-6905
Email: SRemz@bizlit.com

Anthony B. Fioravanti, Esq.
Yurko, Salvesen & Remz, P.C
One Washington Mall, 11th Floor
Boston MA 02108
Phone: (617) 723-6900
Fax: (617) 723-6905
Email: afioravanti@bizlit.com
Attorneys for Defendant

Dated: August 30, 2017        By: /s/ Craig T. Kimmel
                                       Craig T. Kimmel, Esq.
                                       Kimmel & Silverman, P.C.
                                       30 E. Butler Avenue
                                       Ambler, PA 19002
                                       Tel: 215-540-8888
                                       Fax: 215-540-8817
                                       kimmel@creditlaw.com